**Electronically Filed
Supreme Court
SCPW-13-0006235
08-JAN-2014
01:45 PM**

SCPW-13-0006235

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MONTY V. RIDEOUT, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CAAP-13-0001700; S.P.P. No. 13-1-001K)

ORDER DENYING "WRIT OF CERTIORARI, MOTION
FOR TRANSCRIPTS, MOTION FOR ASSIGNED COUNSEL"
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon review of petitioner Monty V. Rideout's "Writ of Certiorari, Motion for Transcripts, Motion for Assigned Counsel", which was filed on December 24, 2013, and which we review as a petition for a writ of mandamus, the supporting documents, and the record, it appears that petitioner is not entitled to a writ of mandamus. Petitioner does not have a clear and indisputable right to the appointment of counsel for an appeal in a post-conviction proceeding and fails to demonstrate that he is eligible for appointed counsel or that the appeal warrants the discretionary appointment of counsel. Petitioner, moreover, fails to demonstrate that the State of Hawaiʻi is required to provide him free copies of the requested transcripts or that the

requested transcripts are part of the appellate record.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; where a court has discretion to act, mandamus will not lie to interfere with or control the exercise of that discretion, even when the court has acted erroneously, unless the court has exceeded its jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which it has a legal duty to act).  Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of mandamus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, January 8, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

